# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00503-CV

**John Rady, Appellant**

**v.**

**Federal National Mortgage Association, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF OF TRAVIS COUNTY
### NO. C-1-CV-12-004633, HONORABLE J. DAVID PHILLIPS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellee Federal National Mortgage Association has filed a suggestion of bankruptcy. *See* Tex. R. App. P. 8.1. We therefore abate this appeal until a party files a motion to reinstate or a motion to sever. *See* Tex. R. App. P. 8.2, 8.3. Appellant is ordered to inform this Court of the resolution of the bankruptcy proceeding or some other event that would allow this appeal to be reinstated. Should appellant fail to provide such notice, the appeal will be subject to dismissal for want of prosecution on this Court's or another party's motion. *See* Tex. R. App. P. 42.3(b), (c).

_____

Melissa Goodwin, Justice

Before Chief Justice Jones, Justice Rose and Goodwin

Bankruptcy

Filed:   October 17, 2012